UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

ROBERT SANGO,

        Plaintiff,                                 Case No.  2:15-CV-136

v.                                                 HON. GORDON J. QUIST

JAMES LECLAIRE, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 1, 2016, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation (R & R) in which he recommended that the Court grant Defendants' motion for summary judgment and dismiss Plaintiff's claims.  Plaintiff has filed objections to the R & R.  After reviewing Plaintiff's objections de novo, the Court will adopt the R & R and dismiss Plaintiff's claims.

Plaintiff argues that his response to Defendants' motion contradicted Defendants' argument and that the magistrate judge failed to consider Plaintiff's arguments or cite his evidence.  Because Plaintiff fails to cite any specific argument or evidence that would change the result in this case, this objection fails.  Plaintiff's argument that Defendants' motion should be denied because they failed to file a reply brief in support of their motion is similarly without merit.

Therefore,

**IT IS HEREBY ORDERED** that Report and Recommendation issued on August 1, 2016 (ECF No. 26) is **ADOPTED**.

**IT IS HEREBY ORDERED** that Plaintiff's Objections (ECF No. 29) are **REJECTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 19) is **GRANTED**.  Plaintiff's claims are **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Reconsideration (ECF No. 28) is **DENIED as moot.**

This case is concluded.


Dated:  August 18, 2016                                /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE